IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN MAURICE HARMON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>C.D.C.R. PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　　　　　　Defendants. | NO. SACV 21-4177-JLS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED as follows:

(1) Defendants' motion under Fed. R. Civ. P. 12(b)(5) is granted and service of process on Defendants CDCR and Nichols is quashed; and

(2) The period for service of summons and complaint is extended to 30 days after entry of this order.

The case is referred back to the Magistrate Judge for further proceedings.

DATED: August 17, 2022.

_____
JOSEPHINE L. STATON
United States District Judge