1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   DEVIN MAURICE HARMON,                 )     NO.  CV 21-4177-JLS (AGR)
                                            )
12                  Plaintiff,              )
                                            )     ORDER ACCEPTING FINDINGS AND
13        v.                                )     RECOMMENDATION OF UNITED
                                            )     STATES MAGISTRATE JUDGE
14   C.D.C.R. PEOPLE OF THE STATE           )
     OF CALIFORNIA, et al.,                 )
15                                          )
                    Defendants.             )
16   _____       )

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.  No

20   objections to the Report have been filed. The Court accepts the findings and

21   recommendation of the Magistrate Judge.

22          IT IS ORDERED as follows:

23          (1) Defendant CDCR's motion to dismiss the complaint is GRANTED (Dkt. No.

24   56);

25          (2) Defendant Nichols is DISMISSED for failure to serve process under Fed. R.

26   Civ. P. 4(m); and

27          (3) Plaintiff's motion for leave to amend the complaint to add new defendants and

28   a new claim is DENIED (Dkt. No. 66) and his related motion for discovery is denied (Dkt.

     No. 67).

1       IT IS FURTHER ORDERED that judgment be entered in favor of Defendants.

2

3

4  DATED:  November 7, 2023

                                       JOSEPHINE L. STATON

5                                       United States District Judge