JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN MAURICE HARMON,<br><br>           Plaintiff,<br><br>     v.<br><br>C.D.C.R. PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>           Defendants. | NO.  CV 21-4177-JLS (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that Judgment is entered for Defendants and this action is dismissed.

DATED:  November 7, 2023

_____
JOSEPHINE L. STATON
United States District Judge